IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN STUMP,

        Plaintiff,                      No. CIV S-12-0387 DAD P

    vs.

MARSH, et al.,                       <u>ORDER AND</u>

        Defendants.            <u>FINDINGS AND RECOMMENDATIONS</u>

_____/

        By an order filed March 1, 2012, plaintiff was ordered to file an in forma pauperis affidavit or pay the appropriate filing fees within thirty days and was cautioned that failure to do so would result in a recommendation that this action be dismissed. The thirty day period has now expired, and plaintiff has not responded to the court's order and has not filed an in forma pauperis affidavit or paid the appropriate filing fee.

        Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly assign a United States District Judge to this action.

        IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen

1

1  days after being served with these findings and recommendations, plaintiff may file written

2  objections with the court.  Such a document should be captioned "Objections to Magistrate

3  Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections

4  within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v.

5  Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

6  DATED: April 10, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

10  DAD:9
stum0387.fifp